**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ALPHENIE I. WILLIAMS, | |
| PLAINTIFF, | CASE NO. 15-CV-07115 |
| VS. | HON. VIRGINIA M. KENDALL |
| SELENE FINANCE LP, | |
| DEFENDANT. | |

**NOTICE OF MOTION**

On **Thursday February 11, 2016**, **at 9:00am**, I shall appear before the Honorable Judge Virginia M. Kendall, in Courtroom **2319**, in the Everett McKinley Dirksen United States Courthouse located at 219 South Dearborn Street, Chicago, Illinois, 60604 and shall then and there present to the Court Defendant's Motion to Dismiss.

       Respectfully submitted,

       By: /s/ Charles A. Walgreen
       Attorney for Defendant: Selene Finance LP

Charles A. Walgreen, IL ARDC # 6314211
Smith & Weik, LLC
Attorneys for Defendant
1011 Lake Street, Suite 412
Oak Park, Illinois 60301
Tel: (708) 386-9540

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2016, I filed the above pleading via the court's CM/ECF system and notice will be served to all registered parties by electronic notice.

By:   /s/ Charles A. Walgreen