## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Alphenie I. Williams

                        Plaintiff,

v.                                                  Case No.: 1:15–cv–07115
                                                          Honorable Virginia M. Kendall

Selene Finance LP

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 22, 2016:

      MINUTE entry before the Honorable Virginia M. Kendall. Defendant's Motion for leave to file reply in support of its rule 8 and rule 12 (b)(6) motion to dismiss and memorandum of law instanter [39] is granted. Motion hearing set for 3/28/2016 is stricken. Mailed notice.(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.