# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Alphenie I. Williams

                Plaintiff,

v.                                Case No.: 1:15−cv−07115
                                Honorable Virginia M. Kendall

Selene Finance LP

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 5, 2016:

      MINUTE entry before the Honorable Virginia M. Kendall. Status hearing held on 5/5/2016. Plaintiff's second amended Complaint due by 5/26/2016. Initial Disclosures due by 5/26/2016. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.